**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Joseph**<br>First name | <br>First name |
| | | **K**<br>Middle name | <br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Rensin**<br>Last name and Suffix (Sr., Jr., II, III) | <br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2874 | |

2/15/17 10:53AM

Debtor 1   **Joseph K Rensin**                                   Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

☐ I have not used any business name or EINs.

Business name(s)

Business name(s)

EINs

EINs

---

**5.  Where you live**

**8965 Stone Pier Drive**
**Boynton Beach, FL 33472**
Number, Street, City, State & ZIP Code

**Palm Beach**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

If Debtor 2's mailing address is different from yours, fill in here.  Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■    Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐    I have another reason.
      Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐    Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐    I have another reason.
      Explain. (See 28 U.S.C. § 1408.)

---

Debtor 1    **Joseph K Rensin** _____    Case number *(if known)* _____

2/15/17 10:53AM

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |
| | | _____ | | _____ | | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | | | | | | |
|---|---|---|---|---|---|---|
| | Debtor | _____ | | | Relationship to you | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |
| | Debtor | _____ | | | Relationship to you | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

2/15/17 10:53AM

Debtor 1    **Joseph K Rensin**                                          Case number *(if known)*

---

**Part 3:**    Report About Any Businesses You Own as a Sole Proprietor

---

12. **Are you a sole proprietor of any full- or part-time business?**        ■ No.    Go to Part 4.

    ☐ Yes.    Name and location of business

    A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

    ☐    Name of business, if any

    If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

    ☐    Number, Street, City, State & ZIP Code

    Check the appropriate box to describe your business:

    ☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐    None of the above

---

13. **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**    *If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

    For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

    ■ No.    I am not filing under Chapter 11.

    ☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

    ☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

---

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    ■ No.

    ☐ Yes.    What is the hazard?

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    If immediate attention is needed, why is it needed?

    Where is the property?

    Number, Street, City, State & Zip Code

---

2/15/17 10:53AM

Debtor 1    **Joseph K Rensin**

Case number *(if known)* _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

2/15/17 10:53AM

Debtor 1    Joseph K Rensin

Case number *(if known)*

**16.** What kind of debts do you have?

**16a.** Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

☐ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

■ Yes

---

**18.** How many Creditors do you estimate that you owe?

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Joseph K Rensin**
Signature of Debtor 1

Signature of Debtor 2

Executed on _____
          MM / DD / YYYY

Executed on _____
          MM / DD / YYYY

---

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)*

**Chapter you are filing under:**

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 7: | Sign Below |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Joseph K Rensin**
Signature of Debtor 1

Signature of Debtor 2

Executed on  2/15/17
　　　　　　　MM / DD / YYYY

Executed on
　　　　　　　MM / DD / YYYY

2/15/17 10:53AM

Debtor 1    **Joseph K Rensin**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____        Date    02 / 15 / 17
Signature of Attorney for Debtor                              MM / DD / YYYY

**Ronald G. Neiwirth**
Printed name

**Gordon & Rees LLP**
Firm name

**100 SE Second Street**
**Suite 3900**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone    **305-428-5300**          Email address

**152175**
Bar number & State

---

Certificate Number: 16199-FLS-CC-028743461



16199-FLS-CC-028743461

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 9, 2017, at 10:29 o'clock PM EST, Joseph K Rensin received from CC Advising, Inc. , an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Southern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   February 9, 2017                By:    /s/Jalen Tanner for Monica De Loria

Name:  Monica De Loria

Title:   Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

2/15/17 10:53AM

---

**Fill in this information to identify your case:**

| Debtor 1 | **Joseph K Rensin** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $ 758,633.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | $ 248,567.77 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $ 1,007,200.77 |

### Part 2:    Summarize Your Liabilities

| | | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 80,089.93 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................. | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................. | $ 13,647,414.60 |
| | **Your total liabilities** | $ 13,727,504.53 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.............................................. | $ 15,000.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.................................................... | $ 14,845.90 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ **No.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ **Yes**
7. What kind of debt do you have?

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

2/15/17 10:53AM

Debtor 1    **Joseph K Rensin**                                    Case number *(if known)*

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
   122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.                                      $

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim | |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

2/15/17 10:53AM

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Joseph K Rensin** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number _____

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

**8965 Stone Pier Drive**
Street address, if available, or other description

**Boynton Beach    FL    33472-0000**
City    State    ZIP Code

**Palm Beach**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Current value based on tax assessed value; Debtor is not a real estate agent and therefore does not possess knowledge of this Property's market value**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$758,633.00** | **$758,633.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property
(see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>

| |
|---|
| **$758,633.00** |

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

2/15/17 10:53AM

Debtor 1  **Joseph K Rensin**

Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Lexus** |
|---|---|---|
| | Model: | **ES350** |
| | Year: | **2017** |
| | Approximate mileage: | **150** |
| | Other information: | |

**Location: 8965 Stone Pier Drive, Boynton Beach FL 33472 VIN: 58ABK1GG5HU051871**

**Financed through Lexus Financial Services PO BOX 105386 Atlanta, GA 330348**

**Estimated value of car based on Kelly Blue Book of similarly equipped 2016 model; 2017 value not yet available.**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,788.00** | **$30,788.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   |   **$30,788.00**

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

**See Exhibit "1" attached at end of Schedule B; gross value provided as per professional personal property appraisal.**   |   **$22,260.00**

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

**See Exhibit "1" attached at end of Schedule B; gross value of all electronics provided as per professional personal property appraisal.**   |   **$0.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

2/15/17 10:53AM

Debtor 1   **Joseph K Rensin**                                      Case number *(if known)*

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
        other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
        musical instruments
   ■ No
   ☐ Yes. Describe.....

**10. Firearms**
       *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
       *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Personal wardrobe with no resale value | **Unknown** |

**12. Jewelry**
       *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ No
   ☐ Yes. Describe.....

**13. Non-farm animals**
       *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Two year-old cocker spaniel with medical conditions | **Unknown** |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
       for Part 3. Write that number here ..............................................................................

| |
|---|
| **$22,260.00** |

---

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
       *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes................................................................................................................

| | |
|---|---|
| Cash | **$100.00** |

**17. Deposits of money**
       *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
       institutions. If you have multiple accounts with the same institution, list each.
   ☐ No

---

Official Form 106A/B                              Schedule A/B: Property                                      page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

2/15/17 10:53AM

Debtor 1    **Joseph K Rensin**                                    Case number *(if known)*

| | | Institution name: | |
|---|---|---|---|
| ■ Yes........................ | | | |
| 17.1. | **Checking** | **Palm Beach Community Bank**<br>Branch Address: 8101 Okeechobee Blvd.<br>West Palm Beach, FL 33411<br>**Account No.: 1020536** | **$226.72** |
| 17.2. | **Checking** | **Regions Bank**<br>**Branch Address:**<br>**289 N. Congress Ave.**<br>**Boynton Beach FL 33426**<br>**Account No.: 0236825565** | **$79,014.00** |
| 17.3. | **Checking** | **Regions Bank**<br>**Branch Address:**<br>**289 N. Congress Ave Boynton Beach, FL**<br>**33426**<br>**Account No.: 0236825573** | **$154.00** |
| 17.4. | **Brokerage** | **TD Ameritrade**<br>**Division of TD Ameritrade, Inc.**<br>**P.O. Box 2209**<br>**Omaha, NE 68103**<br>**Account No.: 863-585197** | **$0.05** |
| 17.5. | **Other financial account** | **Wells Fargo Command Asset Program**<br>**Account**<br>**Address:**<br>**1525 West WT Harris Blvd**<br>**Charlotte, NC 28262**<br>**Account No.: 4371605826** | **$138.00** |
| 17.6. | **Checking** | **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228**<br>**Account No.: 9332143255** | **$85.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................            Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No

    ■ Yes.  Give specific information about them...................
    Name of entity:                                    % of ownership:

| | | |
|---|---|---|
| **AGX Funds, LLC** | **100** % | **$0.00** |
| **BlueHippo Funding Checks, LLC** | **100** % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

2/15/17 10:53AM

Debtor 1    **Joseph K Rensin**                                    Case number *(if known)*

■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **TD Ameritrade**<br>**Division of TD Ameritrade, Inc.**<br>**P.O. Box 2209**<br>**Omaha, NE 68103**<br>**Account No.: 863-519682** | **$111,002.00** |

**22. Security deposits and prepayments**
  Your share of all unused deposits you have made so that you may continue service or use from a company
  *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
  ☐ No
  ■ Yes. .....................                              Institution name or individual:

|  | **Pre-paid 2017 HOA** | **$4,800.00** |
|---|---|---|

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
  ■ No
  ☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
  26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
  ■ No
  ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
  ☐ No
  ■ Yes. Give specific information about them...

| Debtor is the discretionary beneficiary of the JOREN Trust, which<br>is an irrevocable foreign situs trust that was settled in 2001. The<br>trust's only assets are two annuities that pay Debtor<br>$15,000/monthly. | **Unknown** |
|---|---|

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
  *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
  ■ No
  ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
  *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
  ☐ No
  ■ Yes. Give specific information about them...

| **Amateur Radio KA30NH** | **Unknown** |
|---|---|

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**
  ■ No
  ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
  *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
  ■ No

2/15/17 10:53AM

Debtor 1   **Joseph K Rensin**                                      Case number *(if known)*

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
              benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No

    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **All policies are term only with no residual cash value at the conclusion thereof** | | **$0.00** |
| **Term-life insurance policy with no cash value**<br>**Policy No.: 14646114**<br>**Northwest Mutual Life Insurance Company**<br>**720 E. Wisconsin Avenue**<br>**Milwaukee, WI 53202** | **Joseph K. Rensin** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here.................................................................................................................**

    **$195,519.77**

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

2/15/17 10:53AM

Debtor 1    **Joseph K Rensin**                                      Case number *(if known)*

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.

☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☐ No

    ☐ Yes. Give specific information........

54. Add the dollar value of all of your entries from Part 7. Write that number here  .....................................    | $0.00 |

**Part 8:** List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2  ..............................................................................................................    **$758,633.00**

56. Part 2: Total vehicles, line 5                                          $30,788.00

57. Part 3: Total personal and household items, line 15                     $22,260.00

58. Part 4: Total financial assets, line 36                                $195,519.77

59. Part 5: Total business-related property, line 45                            $0.00

60. Part 6: Total farm- and fishing-related property, line 52                   $0.00

61. Part 7: Total other property not listed, line 54                 +         $0.00

62. Total personal property. Add lines 56 through 61...        **$248,567.77**    Copy personal property total    **$248,567.77**

63. Total of all property on Schedule A/B. Add line 55 + line 62               | **$1,007,200.77** |

# PERSONAL PROPERTY APPRAISAL REPORT

# FOR FAIR MARKET VALUE OF PERSONAL PROPERTY

*Prepared for:*

## MR. JOSEPH RENSIN

*Prepared by:*
Appraisals by the Sea, Inc.
Marie Wayland, ISA AM
3615 Sherwood Blvd.
Delray Beach, Florida 33445-5628
561-350-3444 / 866.307.6662 Fax



ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member



EXHIBIT
1

## TABLE OF CONTENTS

| Component | See Pages |
|---|---|
| Cover Letter | 3 – 6 |
| Summary of Contents | 7 |
| Descriptions and Values | 8 - 33 |
| Appraiser's Qualifications | 34 – 37 |
| Photographs | Addendum |



**Appraisals by the Sea, Inc.**
Marie Wayland, ISA AM
3615 Sherwood Blvd.
Delray Beach, Florida 33445-5628
561-350-3444

March 28, 2015

Mr. Joseph Rensin
8965 Stone Pier Drive
Boynton Beach, Florida 33427
410-935-8732

**Re:    Values of Personal Property – Household Contents**

Dear Mr. Rensin,
On February 27, 2015, you supervised an inspection of household contents located at your residence at the address above.  The objective of the appraisal was to determine the fair market value of personal property for a financial transaction. In addition, you requested the values for an orderly liquidation, should your personal property be sold at a later date.

In summary, the fair market value (FMV) of the appraised items total **$ 35,993.00.** The orderly liquidation value (OL) totals **$ 22,260.00.** Values are effective as of the Date of inspection, February 27, 2015.

The definition of Fair Market Value set forth in the IRS Regulation Section 20.2031-1(b) states, "The Fair Market Value is the price at which the property *would* change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or to sell and both having reasonable knowledge of relevant facts. The fair market value of a particular item of property is not to be determined by a forced sale price. Nor is the fair market value of an item of property to be determined by the sale price of the item in a market other than that in which such item is most commonly sold to the public, taking into consideration the location of the item wherever appropriate."

Fair market value is a hypothetical concept implying that neither buyer nor seller has an advantage, and that an ongoing market exists where buyers and sellers interact with frequency, and research can be conducted to uncover past sales of comparable properties to establish proof of worth, i.e., value. The value conclusions provided are based on my best judgment and opinion, and are not a representation or warranty that the items will realize those values if offered for sale in the secondary market. The values expressed are also based on current information on the date the appraisal was made. No opinion is expressed as to any past value, nor, unless otherwise expressly stated, as to any future value. Values stated do not reflect any expenses that may be incurred if these items are sold, such as advertising costs or selling commissions.


ISA
INTERNATIONAL
SOCIETY *of* APPRAISERS
Accredited Member

The definition for Orderly Liquidation is "The price at which the appraised property would change hands between a willing buyer and a willing seller; for the orderly liquidation of items with a reasonable time limitation on the sale; and both having reasonable knowledge of the relevant facts. "

The orderly Liquidation Value is not determined by a forced sale price; nor is the Orderly Liquidation Value to be determined by the sale price of an item in a market place other than that in which such an item would most commonly be liquidated to dealers and the public. Sale of the property in this manner will not necessarily bring the same money as when the property is sold for its highest and best use.

In this appraisal, value has been established by the sales comparison approach. This method of valuation involves comparison of the property with similar items that have sold within the market that is considered most common for each item. The cost approach was not used for this assignment, as it is based on either production costs, reproduction costs, or the estimated cost to purchase in a retail market.

Markets considered and the recent sales prices reviewed for items comparable to those listed include local thrift stores, consignment stores, and internet auction sales. The markets analyzed were stable, i.e., values were neither falling nor rising for the property appraised. Because quality, condition, and desirability affect the appropriate market where items would be purchased by the public, different markets were considered for different items of personal property.

Some items, although used and showing ordinary wear and tear, are desirable to collectors and are considered appreciable contents, i.e., antique furniture, fine and decorative arts, sterling silver, ceramics, and glassware. There were no appreciable contents inspected at this location.

Selected items were found to be of good quality but could only be considered "used" merchandise. The markets considered and recent sales prices reviewed for these items include secondary markets, i.e., second hand stores, used furniture stores, estate sales, and auctions, all in the local area. These are markets where comparable items are available and regularly sold to the public.

Most of the items appraised were in good condition. Most of the furniture is twenty years old.  Any alterations from original condition or damage beyond that usual and common for items of similar age are noted in the appraisal report. The appraisal is based only on the readily apparent identity of the items appraised. In my opinion, no further guarantee of authenticity, genuineness, attribution or authorship is necessary.

The appraised values are based upon your whole and possessory interest, undiminished by any liens, fractional interests or any other form of encumbrance or alienation. This appraisal is not an indication or certificate of title or ownership. The identification of your



interest has been represented to me, and no inquiry or investigation will be made, nor is any opinion to be given as to the truth of such representation.

I certify that to the best of my knowledge and belief:
1.  Statements of fact contained in this report are true and correct.
2.  The reported analyses, opinions, and conclusions are limited only by the reported critical assumptions arid limiting conditions, and are personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3.  I have no undisclosed past, present or contemplated future interest in the property that is the subject of the work under review, and no personal interest with respect to the parties involved.
4.  I have no bias with respect to the property that is the subject of the work under review or to the parties involved with this assignment.
5.  I have performed no services as an appraiser or in any other capacity regarding the property that is the subject of the work under review within the last three year period immediately preceding the acceptance of this assignment.
6.  My engagement in this assignment was not contingent upon developing or reporting predetermined results.
7.  My compensation for this appraisal is not contingent on an action or event resulting from the analyses, opinions, or conclusions in this review or from its use.
8.  My compensation for completing this assignment is not contingent on the development or reporting of a predetermined assignment results or assignment results that favor the cause of the client, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal report.
9.  I have made a personal inspection of the subject of the work under review.
10. This appraisal has been prepared in conformity with and is subject to the current version of the International Society of Appraisers Appraisal Report Writing Standard and Code of Ethics. In addition, the analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the current version of The Appraisal Foundation's Uniform Standards of Professional Appraisal Practice (USPAP) effective until 2016.
11. The area rugs were appraised by Mr. Victor Franco of the Franco Oriental Rug Gallery, Boca Raton, Florida. His resume is attached. Mr. Franco reviewed detailed photos of the front and backs of each rug to complete his research. Mr. Leslie Baker, appraiser and expert in Asian antiques and decorative art, reviewed photos of Asian and porcelain decorative items. There were no antique Asian items, all were found to be 20th Century of decorative quality. The piano was valued by the experts at Chafin Music Gallery, Lake Worth, Florida, using digital photos, model/serial numbers, and condition. No additional expertise was required to complete this report.

I am a "qualified" appraiser having earned an ISA Accredited designation while being an active member of the International Society of Appraisers since 1999. I regularly perform appraisals for which I receive compensation. My education and experience


INTERNATIONAL
SOCIETY *of* APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 6 of 37**

demonstrating my knowledge and ability to evaluate the type of property which is the subject matter of this appraisal, can be found in my resume at the end of this appraisal report.

Any other use renders this appraisal null and void. With the exception of you, possession of this report or its copy does not carry with it the right of publication. This report may not be used for any purpose by anyone, only you, your Attorney, and your Lender, without my previous written consent. If this report is reproduced, copied or otherwise used, it must be done so in the report's entirety, including the cover document and all attachments. If changes to this appraisal are needed, please contact me. I will promptly review the requested changes and provide a response.

Should, in conjunction with this appraisal, additional services be requested, (e.g., researching for other value purposes, pretrial conferences, court appearances, court preparations, etc.), compensation will be billed at the customary hourly rate at that time. Payment will be requested upon receiving your Statement of Work.

I regard all information concerning this appraisal as confidential. I retain a copy of this document along with the original photographs, and will not allow others to have access to these records without your written permission unless so ordered by a court of law.

Please call if you have any questions (561-350-3444).

Sincerely,


Marie Wayland, ISA AM


INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

## SUMMARY OF CONTENTS

| ROOM | FMV | OL |
|------|-----|-----|
| FOYER | 580.00 | 398.00 |
| LIVING ROOM | 9,419.00 | 6,139.00 |
| DINING ROOM | 2,880.00 | 1,970.00 |
| KITCHEN | 1,246.00 | 769.00 |
| HALL | 280.00 | 141.00 |
| FAMILY ROOM | 5,480.00 | 3,097.00 |
| HALL TO MASTER | 330.00 | 103.00 |
| POOL ROOM | 2,161.00 | 1,591.00 |
| MASTER BEDROOM | 3,648.00 | 2,244.00 |
| OFFICE | 3,523.00 | 2,084.00 |
| LAUNDRY ROOM | 185.00 | 93.00 |
| STAIRWAY & LANDING | 190.00 | 95.00 |
| TV ROOM | 1,976.00 | 1,256.00 |
| GUEST BEDROOM 1 | 1,282.00 | 794.00 |
| UPSTAIRS HALL | 59.00 | 30.00 |
| GUEST BEDROOM 2 | 1,599.00 | 1,047.00 |
| PATIO | 945.00 | 662.00 |
| GARAGE | 210.00 | 147.00 |
| **TOTAL** | **$35,993.00** | **$22,260.00** |



**ISA**
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 8 of 37**

## DESCRIPTIONS AND VALUES

The approximate measurements provided are in the order of HEIGHT first and WIDTH second. Damages, if any, will be noted within each line item. All items were checked for a manufacturer's mark. If a mark is present, it will be noted within the line item.

| Item # | Description | FM Value | OL Value |
|---|---|---|---|
| **FOYER** | | | |
| 1. | Area Rug  - 7' X 8'4"<br>Turkish Kayseri<br>Country of origin: Turkey<br>Circa: 1990s<br>Construction: 100% wool, machine made<br>Color: Navy/Ivory<br>Condition: Good | 150.00 | 113.00 |
| 2. | Games Table – 48"<br>Round, distressed wood with faux leather top, four frieze drawers, tripod base with paw feet; no manufacturer's mark | 300.00 | 210.00 |
| 3. | Slipper Chair<br>Green velvet fabric with leopard print pillow; painted gold legs and casters | 50.00 | 35.00 |
| 4. | Planters (2)<br>Wall mount, gold and faux wood grain ceramic | 20.00 | 10.00 |
| 5. | Table Lamp<br>Brown resin, Greek style urn form with shade | 10.00 | 5.00 |
| 6. | Decorative Art<br>    a.  10" Porcelain plate with orange griffin band; verso with English registration mark and Florentine, M & Co.<br>    b.  Silk rubber tree in a painted metal pot | 50.00 | 25.00 |
| | **TOTAL FOR FOYER:** | **$580.00** | **$ 398.00** |



**ISA**
INTERNATIONAL
SOCIETY *of* APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 9 of 37**

| Item # | Description | FM Value | OL Value |
|---|---|---|---|

### LIVING ROOM

| Item # | Description | FM Value | OL Value |
|---|---|---|---|
| 7. | Console Table<br>Rectangular form, painted black with gold stenciling; two drawers, cabriole legs; Lillian August | 350.00 | 245.00 |
| 8. | Table Lamps (2)<br>Metal sea coral forms painted gold, black shades, Lucite and silvered bases | 100.00 | 70.00 |
| 9. | Piano<br>Baby Grand, black lacquer gloss finish; Piano Disc brand; no apparent serial number found; (2) Acoustic Research speakers, model number not visible due to mounting; Piano Disc IQ power adaptor model #GFP451DA-0945A, Piano Disc Silent Drive HD, mounted; with matching bench | 1,000.00 | 600.00 |
| 10. | Bench<br>French Provincial style, carved wood, gray and yellow floral upholstered seat | 75.00 | 53.00 |
| 11. | Area Rug - 10'X14'<br>Pakistan Persian<br>Country of origin: Pakistan<br>Circa: 1990s<br>Material: 100% wool on cotton foundation, vegetable dyes<br>Quality : 16X18 quality hand knotted<br>Design: Persian allover<br>Color: Salmon<br>Condition: Good | 1,500.00 | 1,125.00 |
| 12. | Coffee Table – 5'<br>Veneered with satin banding and inset glass top; lower shelf with burlwood veneer; Maitland Smith | 400.00 | 280.00 |


ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 10 of 37**

| Item # | Description | FM Value | OL Value |
|---|---|---|---|
| 13. | Club Chairs (2)<br>Brown leather, one with ottoman; Charles Stewart, Hickory, N.C. | 450.00 | 315.00 |
| 14. | Side Table<br>Round, mahogany with satinwood string inlay, four spade feet legs; Baker Furniture | 250.00 | 175.00 |
| 15. | Side Table<br>Drum form, mahogany and leather top with stenciling; no storage cabinet | 150.00 | 105.00 |
| 16. | Sofa<br>Camelback, yellow and white brocade; Lillian August; cushions fair with small stains; (7) toss pillows | 300.00 | 150.00 |
| 17. | Sideboard<br>Mahogany veneers on a wood case, rectangular with rounded corners, four centered drawers with satinwood string inlay flanked by two cupboards; fluted legs with paw feet; brass gallery; Maitland Smith | 600.00 | 420.00 |
| 18. | Planter Pedestals (2) – 5'<br>Black painted wood with gold painted decoration; tripod form, paw feet; Lillian August | 400.00 | 200.00 |
| 19. | Display Cabinet<br>Mahogany with gilt brass appliqués, Directoire style, three beveled framed glass doors, two wood shelves; acanthus topped column terminals | 750.00 | 525.00 |
| 20. | Crystal Shelf #1<br>  a. Decanter, Waterford Classic Collection @ 100.00<br>  b. Pressed glass tray @ 10.00<br>  c. Oval olive dish, Waterford @ 67.00<br>  d. Rose Bowl, unsigned Waterford@ 55.00<br>  e. Paperweight, award, Nasdaq @ 0.00<br>  f. Glass mug, award @ 0.00 | 309.00 | 155.00 |



ISA
INTERNATIONAL
SOCIETY *of* APPRAISERS
Accredited Member

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| | g. Candy dish with cover, unsigned @ 12.00<br>h. 10" Vase, footed; Waterford @ 60.00<br>i. Bud vase @ 5.00 | | |
| 21. | Crystal Shelf #2<br>a. 11 ½" Vase, unsigned @ 21.00<br>b. Pitcher, Block brand @ 10.00<br>c. Mug, award @ 0.00<br>d. Small nut or candy bowl, Waterford @ 12.00<br>e. 10" Footed vase, unsigned @ 20.00<br>f. Mug with bird @ 3.00<br>g. Cream pitcher and sugar bowl, unsigned @ 20.00<br>h. Tapered cream pitcher, unsigned @ 15.00<br>i. Pitcher, elongated form, Waterford @ 43.00 | 144.00 | 72.00 |
| 22. | Crystal Shelf #3<br>a. (2) 9 ½" Pitchers, unsigned @ 40.00<br>b. Pressed glass cookie tray, two tier @ 14.00<br>c. Martini pitcher, Waterford Marquis @ 43.00<br>d. Fruit bowl, Waterford @ 40.00 | 137.00 | 69.00 |
| 23. | Arm Chair<br>Wood frame with a cherry finish, French Style, scrolled arms, leather seat, tapered legs; made in Vietnam | 50.00 | 35.00 |
| 24. | Wall Art<br>a. 24" X 36" Mirror, gold antique style frame @ 40.00<br>b. (2) Framed mechanically generated images of French store fronts @ 40.00<br>c. (2) Framed mechanically generated images of dogs @ 20.00<br>d. 30" X 36" Framed print, reproduction of a Duvali riverscape @ 35.00<br>e. 36" X 30" Print on canvas of a European | 410.00 | 205.00 |


INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| | garden; Maurice Harvey @ 25.00 | | |
| | f. 48" X 30" Giltwood mirror with shell and leaf appliqué @ 250.00 | | |
| 25. | Decorative Art | 259.00 | 130.00 |
| | a. (2) Gold ceramic Foo dogs @ 10.00 | | |
| | b. (2) Faux ivory figures, one chipped @ 5.00 | | |
| | c. Faux bone tile box with black floral design; Lillian August @ 30.00 | | |
| | d. Covered box, black and gold resin @ 5.00 | | |
| | e. Covered box, black and gold plastic @ 3.00 | | |
| | f. (2) Hurricane lamps, glass and gold painted metal @ 50.00 | | |
| | g. Asian ceramic planter with silk hydrangeas; Hong Kong @ 10.00 | | |
| | h. (2) Lion form bookends, resin @ 6.00 | | |
| | i. (2) 18" Ceramic cockatiels, Italy @ 40.00 | | |
| | j. Porcelain urn with hydrangeas; stress cracks @ 0.00 | | |
| | k. Black and gold porcelain vase with yellow silk roses; China @ 15.00 | | |
| | l. Planter with silk floral bouquet, blue and white porcelain; China @ 15.00 | | |
| | m. Ceramic urn, black and brown, with silk ferns; Italy @ 20.00 | | |
| | n. Ceramic urn with autumn silks @ 20.00 | | |
| | o. Ceramic vase with metallic silver and gold finish @ 20.00 | | |
| | p. Black and gold ceramic planter @ 10.00 | | |
| | q. Brass inkwell, copy of an earlier antique @ 20.00 | | |
| 26. | Decorative Art – Porcelain | 915.00 | 680.00 |
| | a. (2) 24" Porcelain covered urns, blue and iron red, painted with quadrants of flowers with heavily gilded handles; elaborate gilt bases; French Sevres style @ 400.00 (OL 300.00) | | |
| | b. (2) 49" Oriental porcelain covered urns in | | |


ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| | the Satsuma earthenware style with panels of pheasants and matching porcelain standings @ 475.00 / pair (OL 350.00) <br> c. 16" Vase, white porcelain with pomegranate handle; Speer Collectibles @ 40.00 (OL 30.00) | | |
| 27. | Table Lamps (2) <br> Gold metal with tripod Greek key | 100.00 | 70.00 |
| 28. | Miscellaneous <br> Chess set, resin, Medieval figures | 20.00 | 10.00 |
| 29. | Console Table <br> Fruitwood finish, demilune top, carved frieze, lower shelf supported by cabriole legs | 250.00 | 150.00 |
| 30. | Sculptures (2) <br> Bronze reproductions of Remington cowboys, one titled *Outlaw*; the larger measures 21" X 4" | 500.00 | 300.00 |
| | **TOTAL FOR LIVING ROOM:** | **$9,419.00** | **$6,139.00** |

**DINING ROOM**

| | | | |
|--------|-------------|----------|----------|
| 31. | Dining Table <br> Rectangular top with mahogany and satinwood inlaid banding raised on two pedestal bases with scroll feet; (2) extension leaves; (2) chipped; Baker Furniture | 900.00 | 630.00 |
| 32. | Side Chairs (4) <br> American Federal style, cherry stained maple with inlaid fan and bellflower; gray fabric seats; Universal Furniture, High Point, N.C. | 400.00 | 280.00 |



ISA
INTERNATIONAL
SOCIETY *of* APPRAISERS
Accredited Member

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| 33. | Arm Chairs (2)<br>American Empire style, distressed wood, vase form splat; tropical print upholstery; Drexel Heritage | 300.00 | 210.00 |
| 34. | Area Rug  - 9' X 11'<br>Indo  Persian<br>Country of origin: India<br>Circa: 1990s, sold by Lillian August<br>Material:  100% wool on a cotton foundation<br>Quality: hand knotted<br>Design: Persian allover<br>Color: Gold tea wash<br>Condition: Normal wear | 700.00 | 525.00 |
| 35. | Tall Case Clock<br>Ridgway, broken pediment with flame finial, oak, inlaid scrolls, brass dial, chain missing | 350.00 | 210.00 |
| 36. | Wall Mirror – 4' X 3'<br>Gold painted wood, architectural | 150.00 | 75.00 |
| 37. | Wall Art (2)<br>Framed reproductions architectural fragments | 40.00 | 20.00 |
| 38. | Decorative Art<br>a.  Silk tree with metal painted planter @ 30.00<br>b.  Silk bouquet in a planter @ 10.00 | 40.00 | 20.00 |
| | **TOTAL FOR DINING ROOM:** | **$2,880.00** | **$1,970.00** |

*KITCHEN*

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| 39. | Decorative Art<br>a.  Amber glass vase @ 10.00<br>b.  Basket @ 5.00<br>c.  Metal urn @ 6.00<br>d.  Ceramic vase, gold and brown @ 10.00<br>e.  Small brown vase @ 5.00 | 160.00 | 80.00 |


ISA
INTERNATIONAL
SOCIETY *of* APPRAISERS
Accredited Member

| Item # | Description | FM Value | OL Value |
|---|---|---|---|
| | f.  Silk ivies @ 5.00<br>g.  Tan ceramic bottle @ 6.00<br>h.  (2) Baskets @ 10.00<br>i.  Wood fruit bowl @ 15.00<br>j.  White ceramic artichoke finials @ 20.00<br>k.  White ceramic containers @ 24.00<br>l.  Snoopy cookie jar @ 10.00<br>m. Lantern @ 14.00<br>n.  Magazine basket @ 6.00<br>o.  Italian biscuit jar @ 10.00<br>p.  White ceramic planter @ 4.00 | | |
| 40. | Butler Stand<br>Mahogany, two shelf unit; Drexel Heritage | 125.00 | 88.00 |
| 41. | Miscellaneous Kitchenware<br>Everyday glasses, dishes, pots, pans, serving pieces, flatware, and small appliances, including a Keurig coffee maker | 200.00 | 80.00 |
| 42. | Bar Stools (2)<br>Wood with painted scroll backs; Artistica, made in China | 100.00 | 70.00 |
| 43. | Breakfast Table<br>Maple, dark walnut stain, round top, scrolled pedestal base; Artistica, made in China | 300.00 | 210.00 |
| 44. | Side Chairs (4)<br>Rattan, wicker and rattan; Artistica, made in China | 300.00 | 210.00 |
| 45. | Wall Art – 20" X 24"<br>Framed print of an urn | 20.00 | 10.00 |
| 46. | Decorative Art<br>a.  Glass vase with silk flowers @ 6.00<br>b.  Silk Japanese maple tree in a porcelain planter @ 35.00 | 41.00 | 21.00 |
| | **TOTAL FOR KITCHEN:** | **$1,246.00** | **$ 769.00** |



ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 16 of 37**

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|

*FAMILY ROOM*

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| 47. | Area Rug – 11' X 12'<br>Beige and tan floral carpet remnant with fabric border | 300.00 | 225.00 |
| 48. | Sofa<br>Beige and tan foliage fabric; C.R. Laine | 300.00 | 180.00 |
| 49. | Coffee Table<br>Veneered wood base, rectangular with frieze drawer, X-form base; Henredon Natchez Collection | 225.00 | 158.00 |
| 50. | Club Chair and Ottoman<br>Brown leather; Hickory Brand | 250.00 | 175.00 |
| 51. | Butler Stand<br>Mahogany, two shelf unit; Drexel Heritage | 125.00 | 88.00 |
| 52. | Arm Chair<br>Wood with a cherry finish, rattan X-form back, brown seat; Theodore Alexander | 100.00 | 70.00 |
| 53. | Chest of Drawers<br>Empire style, veneered wood case with five drawers and terminals with brass masks; black stone top; veneer separating | 275.00 | 193.00 |
| 54. | Bust – 23"/30"<br>White marble bust of Ben Franklin; made in China | 350.00 | 210.00 |
| 55. | Table Lamp<br>Blue and gold porcelain vase form with shade | 25.00 | 13.00 |
| 56. | Decorative Art<br>a. Lantern @ 14.00<br>b. Gold metal tray @ 10.00<br>c. Urn with red silk flowers @ 10.00<br>d. (2) Ceramic vases with netting @ 30.00 | 723.00 | 362.00 |


ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|

    e.  Tin container with red silk roses @ 8.00
    f.  Composition dog figure @ 12.00
    g.  Black and brown planter with silk plant @ 6.00
    h.  (2) Brass bookends, lion heads @ 20.00
    i.  Model car, 1933 Duesenberg, Franklin Mint @ 10.00
    j.  Brown composition vase @12.00
    k.  Mantle clock, Bombay Company @
    l.  (2) Small candlesticks, mother of pearl and brass @ 6.00
    m. Wooden wine box, Bombay Company @ 5.00
    n.  11" Brass urn, Wildewood Accents @ 25.00
    o.  Silverplate and gilt menorah @ 40.00
    p.  (2) Sea coral fragments @ 30.00
    q.  (2) 15" Vases, modern, Chinese blue and white; Home Goods @ 15.00
    r.  15" Figure of a Tang horse, Kirklands @ 12.00
    s.  Potted silk plant @ 3.00
    t.  Wood trinket box, Bombay Company @ 3.00
    u.  Composition urn with faux fruit @ 6.00
    v.  Cooper baby shoe bookends, monogrammed J.K.R. @ 0.00
    w. 15" Brown and black ceramic vase, Ethan Allen @ 20.00
    x.  (2) White ceramic covered jars @ 20.00
    y.  Small lantern @ 4.00
    z.  6" Figure, brass, boxing bear @ 35.00
    aa.    Composition dog figure @ 5.00

| 57. | Decorative Art – Glass | 271.00 | 136.00 |
|-----|------------------------|--------|--------|

    a.  Bookends, pressed glass, fan form @ 10.00
    b.  (2) Pressed glass jar and cover @ 20.00
    c.  5" Red crystal cardinal, Baccarat @ 100.00
    d.  Glass votive @ 1.00
    e.  6" Purple glass vase with painted gold



ISA
INTERNATIONAL
SOCIETY *of* APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 18 of 37**

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| | foliage; vintage; unsigned @ 100.00<br>f.  Waterford harp paperweight @ 20.00<br>g.  Crystal snail signed Steuben @ 20.00 | | |
| 58. | Decorative Art – Porcelain<br>a.  Fruit bowl, new Chinese, with city and figures @ 30.00<br>b.  Urn and cover, blue, Dominies with panels of genre @ 40.00<br>c.  (3) Wedgwood Jasperware ashtrays, clock, and cup – gifts from mother @ 0.00<br>d.  Fruit bowl, green porcelain with armorial cartouche, marked FF/Dominies collection @ 35.00<br>e.  7 ½" Vase, blue with gold painted birds; new, in the style of old French Serves porcelain @ 15.00 | 120.00 | 60.00 |
| 59. | End Table<br>Stacked book form | 175.00 | 123.00 |
| 60. | Miscellaneous<br>(57) Assorted books | 171.00 | 68.00 |
| 61. | Electronics<br>a.  Flat screen television, Samsung 75", Smart TV LED, model UN75H6350 @ 1,425.00<br>b.  Samsung DVD Player, six years old @ 20.00<br>c.  Monster Power HTS3600 (10 outlets) @ 85.00<br>d.  Sonos Connect Amp (#ZP120) @ 160.00<br>e.  Sonos bar speaker, Play Bar model @ 311.00 | 2,001.00 | 1,001.00 |
| 62. | Contents of Bathroom<br>a.  Wall sconce with dried flowers @ 6.00<br>b.  (2) framed mechanical prints of flowers @ 20.00<br>c.  Floor vase, black and gold ceramic @ | 69.00 | 35.00 |


ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

| Item # | Description | FM Value | OL Value |
|---|---|---|---|
| | 14.00<br>d. Plastic tray with silvered finish @ 4.00<br>e. (3) composition candleholders, column forms @ 15.00 / set<br>f. (2) small framed prints of windows in architecture @ 5.00<br>g. Bath accessories @ 5.00 | | |
| | **TOTAL FOR FAMILY ROOM:** | **$5,480.00** | **$3,097.00** |

*HALL*

| | | | |
|---|---|---|---|
| 63. | Wall Art<br>a. Framed mechanical print of a dog in Victorian clothing @ 25.00<br>b. Chinoiserie style wall mirror @ 200.00 | 225.00 | 113.00 |
| 64. | Contents of Bathroom<br>Miscellaneous / Decorative Art<br>a. 20" X 24" Framed print of hydrangeas @ 35.00<br>b. Resin copy of an architectural element @ 15.00<br>c. Ceramic container with red poppies @ 5.00 | 55.00 | 28.00 |
| | **TOTAL FOR HALL:** | **$ 280.00** | **$ 141.00** |

*HALL TO MASTER BEDROOM*

| | | | |
|---|---|---|---|
| 65. | Area Rug -  4' X 6'<br>Pakistan Persian<br>Country of origin: Pakistan<br>Circa: 1990s<br>Material: 100% wool on cotton foundation, vegetable dyes<br>Quality: hand knotted<br>Design: Persian (Peshawar) | 250.00 | 63.00 |



ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| | Color: Aqua/ Rust<br>Condition: Good | | |
| 66. | Wall Art<br>a. (2) Framed mechanically generated prints of garden landscapes @ 30.00/both<br>b. 15" X 5' Beveled mirror with classical decoupage frame @ 40.00<br>c. Lithograph of a drawing of a hand, framed @ 10.00 | 80.00 | 40.00 |
| | **TOTAL FOR HALL TO MASTER BEDROOM:** | **$330.00** | **$ 103.00** |

**POOL ROOM**

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| 67. | Area Rug  - 9' X 12'<br>Pakistan Persian<br>Country of origin: Pakistan<br>Circa: 1990's<br>Materials: 100% wool hand knotted on a cotton foundation<br>Quality : 16X18<br>Design: Persian allover<br>Color: Red/Blue<br>Condition: Good | 1,200.00 | 960.00 |
| 68. | Pool Table – 8' X 54" X 31"<br>Mahogany finish with inlaid medallions of African animals; no model number or serial number; slate with tan felt and supplies on a rack; Presidential Billiards | 750.00 | 525.00 |
| 69. | Wall Mirror – 38" Square<br>Black and gold composition frame with foliate decoration | 50.00 | 25.00 |



**ISA**
INTERNATIONAL
SOCIETY *of* APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 21 of 37**

| Item # | Description | FM Value | OL Value |
|---|---|---|---|
| 70. | Wall Art<br>a. 30" X 36" Mechanically generated print of a horse, *Cavallo* @ 40.00<br>b. 34" X 45" Mechanically generated print of a European bridge and houses, Castle Combe, edition: 1010/1500, signed Caldwell @ 40.00<br>c. (4) Small mechanically generated prints by Caldwell @ 20.00/all<br>d. 34" X 45" Mechanically generated print, *The By*, edition: 1270/1500 by Caldwell @ 40.00<br>e. Black and white print of a sculpture in a garden @ 15.00 | 155.00 | 78.00 |
| 71. | Decorative Art<br>Tin container with silk ivies | 6.00 | 3.00 |
| | **TOTAL FOR POOL ROOM:** | **$2,161.00** | **$1,591.00** |

*MASTER BEDROOM*

| Item # | Description | FM Value | OL Value |
|---|---|---|---|
| 72. | Bedding<br>King size, wood and leather headboard and footboard | 600.00 | 420.00 |
| 73. | Petit Commode<br>French Louis XV style, wood case with assorted veneers, two drawers, gilt brass appliqués | 250.00 | 175.00 |
| 74. | Side Table<br>Wood painted gold and green, shell decoration, cabriole legs; Lillian August | 150.00 | 105.00 |
| 75. | Table Lamps (5)<br>a. (2) Gold urn forms with rams head finials @ 100.00<br>b. Gilt brass urn form with black font @ 40.00<br>c. Gilt brass vase form, black with swag | 225.00 | 135.00 |



ISA
INTERNATIONAL
SOCIETY *of* APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 22 of 37**

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| | appliqués @ 50.00<br>d. Turned composition form decorated with butterflies @ 35.00 | | |
| 76. | Wingback Recliners (2)<br>Salmon color leather, motion seating; back headrest damaged on one; leather dry on both from climate; Drexel Heritage | 0.00 | 0.00 |
| 77. | Triple Dresser<br>Dark maple, serpentine front, eight drawers; Universal Furniture | 350.00 | 245.00 |
| 78. | Electronics<br>a. 65" Samsung flat screen television, LED, 1.5 years old, #UN65H6350, 1080P Smart TV, 2014 @   650.00<br>b. Sonos Play Bar Speaker @ 311.00<br>c. Samsung Blu-Ray Disc Player, 4 years old @ 20.00<br>d. GE Alarm Clock with tape deck @ 0.00 | 981.00 | 491.00 |
| 79. | Vanity<br>Kidney shape, leather top with gold tooling, three drawers, lyre base | 200.00 | 140.00 |
| 80. | Slipper Chair<br>Floral fabric and fringe; Lillian August | 100.00 | 70.00 |
| 81. | Console Table<br>Mahogany finish on a demilune wood case, two locking drawers, brass lion hardware, key locks; fluted legs with paw feet; Henredon Furniture; one drawer is difficult to open; no key | 225.00 | 158.00 |
| 82. | Wall Art<br>a. 36" X 30" Mechanically generated print of column structure @ 40.00<br>b. 32" X 30" Mechanically generated reprint of a 1781 work of fruit and flowers @ 35.00<br>c. 32" X 30" Mechanically generated | 155.00 | 78.00 |



ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

| Item # | Description | FM Value | OL Value |
|---|---|---|---|
| | reprint of a Francini watercolor drawing of a female @ 30.00<br>d. (2) 30" X 24" Mechanically generated preprints of botanicals @ 50.00 | | |
| 83. | Mirror on Stand<br>Carved wood with mahogany finish, carved leaf and column supports | 100.00 | 50.00 |
| 84. | Decorative Art<br>a. Silk topiary @ 10.00<br>b. Trinket box, gold resin @ 3.00<br>c. Decoupaged glass bottle, leather, Italy @ 10.00<br>d. Porcelain urn with silk flowers, Lillian August @ 35.00<br>e. Silk bamboo tree in a metal planter @ 44.00<br>f. Silk tree in a ceramic planter @ 30.00 | 132.00 | 66.00 |
| 85. | Contents of Bathroom<br>• Ceramic clam shell, Lillian August<br>• Throw rug<br>• Silk orchid<br>• Silk ivies (missing planter)<br>• Miscellaneous bath accessories<br>• Table top mirror<br>• Scale<br>• Footed white ceramic bowl, Villeroy & Boch<br>• Small framed print of Grecian figures @ 10.00<br>• Glass vase with tortoise shell print, white silk flowers; Home Goods @ 10.00 | 85.00 | 43.00 |
| 86. | Needle Point Rug – 2' X 3'<br>Country of origin: China<br>Circa: 1990s<br>Materials: 100% wool<br>Quality: handmade needle point<br>Design: French<br>Color: Olive | 20.00 | 15.00 |


INTERNATIONAL
SOCIETY *of* APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 24 of 37**

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| | Condition: Good | | |
| 87. | Petit Commode<br>French style made in Egypt, stone top,<br>burlwood veneered case, three drawers, gilt<br>brass mounts | 75.00 | 53.00 |
| | **TOTAL FOR MASTER BEDROOM:** | **$3,648.00** | **$2,244.00** |

*OFFICE*

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| 88. | Electronics<br>a. Samsung 42" LCD flat screen television, six years old @ 200.00<br>b. Dell Inspiron 545S, 2.6 GHz, 4 ram, Pentium E5300 CPU @ 108.00<br>c. Dell Monitor 21" @ 43.00<br>d. Brother printer, model #MFC-7840W @ 42.00<br>e. Sonos Bridge and Sonos Play 3 @ 270.00 | 663.00 | 332.00 |
| 89. | Office Suite (4)<br>Maple veneer, acanthus motif; purchased at Havertys; set includes:<br>• Pedestal desk with six drawers and keyboard tray @ 250.00<br>• Lateral file cabinet @ 100.00<br>• (2) Bookcases @ 300.00 | 650.00 | 455.00 |
| 90. | Area Rug - 8.1' x 10.3'<br>Indo Persian<br>Country of origin: India<br>Circa: 1990s<br>Materials 100% wool, hand knotted on cotton foundation, vegetable dyes<br>Quality: hand twisted<br>Design: Persian allover<br>Color: Gold<br>Condition: Good | 450.00 | 338.00 |



ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| 91. | Office Chair<br>Burgundy leather; wear to armrests | 50.00 | 35.00 |
| 92. | Wall Art<br>a.  4' X 5' Tapestry, world map @ 100.00<br>b.  30" X 36" Mechanically generated print of Abraham Lincoln @ 25.00<br>c.  24" X 30" Print on canvas of boats @ 35.00<br>d.  Framed pages from a storybook; gift from Father during childhood @ 0.00<br>e.  (2) Prints on canvas of an urn and foliage @ 20.00<br>f.   Small framed print of a | 160.00 | 80.00 |
| 93. | Floor Lamp<br>Antiqued gold finish on metal, adjustable light with shade | 20.00 | 10.00 |
| 94. | Table Lamp<br>Silver and brass tone metal, column form base; with shade | 15.00 | 8.00 |
| 95. | Decorative Art<br>a.  24" Ceramic, Roman warrior @ 25.00<br>b.  Baccarat elephant figure @ 160.00<br>c.  Bookend, boxing bear @ 35.00 | 220.00 | 110.00 |
| 96. | Figurine<br>French Lalique crystal, bull figure | 275.00 | 193.00 |
| 97. | Loveseat<br>White faux ultrasuede fabric | 150.00 | 105.00 |
| 98. | Table<br>Round wood top with veneers and banding; tripod pedestal base with scrolled legs | 250.00 | 175.00 |
| 99. | Arm Chairs (4)<br>Queen Anne style, yellow and gray print fabric, cabriole legs with ball and claw feet; chips to finish | 120.00 | 60.00 |



ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 26 of 37**

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| 100. | Table Lamp<br>Arts and Crafts style; modern reproduction | 30.00 | 15.00 |
| 101. | Area Rug  - 105" X 134"<br>Pakistan Persian<br>Country of origin: Pakistan<br>Circa: 1990s<br>Materials: 100% wool on cotton foundation, vegetable dyes<br>Quality: hand knotted<br>Design: Persian (Peshawar)<br>Color: Brown<br>Condition: Good | 350.00 | 88.00 |
| 102. | Wall Unit  / Cube Organizer<br>Dark stained veneered wood, (25) cubbies | 100.00 | 70.00 |
| 103. | Miscellaneous<br>Metal waste can @ 5.00; assorted toss pillows @ 10.00; leopard print throw @ 5.00 | 20.00 | 10.00 |
| | **TOTAL FOR OFFICE:** | **$3,523.00** | **$2,084.00** |

*LAUNDRY ROOM*

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| 104. | Miscellaneous<br>  a.  Throw rug @ 5.00<br>  b.  Framed print of a French building @ 10.00<br>  c.  16" X 20" Bamboo frame mirror @ 10.00<br>  d.  Carry-on luggage bag @ 10.00<br>  e.  Two step ladder @ 15.00<br>  f.   Three step ladder @ 30.00<br>  g.  Chrome shelving on castors @ 60.00<br>  h.  (3) Bamboo laundry baskets @ 45.00 | 185.00 | 93.00 |
| | **TOTAL FOR LAUNDRY ROOM:** | **$185.00** | **$ 93.00** |



**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 27 of 37**

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|

*STAIRWAY & LANDING*

| 105. | Decorative Art | 190.00 | 95.00 |
| | a. Floor screen @ 150.00 | | |
| | b. Urn with silk plant @ 40.00 | | |

**TOTAL FOR STAIRWAY AND LANDING:**  **$190.00**  **$ 95.00**

*TELEVISION ROOM*

| 106. | Sofa Sleeper | 400.00 | 280.00 |
| | White slipcovers, queen size pull out bedding | | |
| 107. | Wall Mirror – 39" D | 250.00 | 175.00 |
| | Bamboo strand frame | | |
| 108. | Settee | 250.00 | 175.00 |
| | White slipcover; HM Richards | | |
| 109. | Nesting Tables (2) | 25.00 | 18.00 |
| | Green painted wood | | |
| 110. | Console Table | 40.00 | 20.00 |
| | Off white painted finish, fossil stone insert; dated style | | |
| 111. | Electronics | 211.00 | 106.00 |
| | a. Vizio flat screen television, 2008, model #P42HDTV10-A @ 85.00 | | |
| | b. Toshiba DVD Player, model #SDKV550 @ 30.00 | | |
| | c. Sonos Speaker, model Play3 @ 96.00 | | |
| 112. | Ottomans (2) | 30.00 | 15.00 |
| | White painted rattan | | |
| 113. | Coffee Table | 25.00 | 13.00 |
| | Black painted wood, lower shelf; scratched top | | |



ISA
INTERNATIONAL
SOCIETY *of* APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 28 of 37**

| Item # | Description | FM Value | OL Value |
|---|---|---|---|
| 114. | Tray Table<br>Bamboo frame with Asian motif | 30.00 | 15.00 |
| 115. | Figure – 6'<br>Painted composition, reproduction of the<br>Indian Chief/Tobacco advertising | 250.00 | 150.00 |
| 116. | Table Lamps (2)<br>  a.  Brown resin @ 10.00<br>  b.  Silvered metal, two light @ 12.00 | 22.00 | 11.00 |
| 117. | Floor Lamp<br>Black metal with gold acanthus accents and<br>adjustable arm | 35.00 | 25.00 |
| 118. | Bookcase Cabinet<br>Distressed wood with open shelves over<br>cupboards; three column terminals | 240.00 | 168.00 |
| 119. | Contents of Bookcase<br>  a.  Footed porcelain vase, black/gold leaf<br>  b.  Wicker box @ 1.00<br>  c.  (2) 12" Plates painted by amateur<br>  d.  Paperweight, block with anchor @ 4.00<br>  e.  Ceramic hippo @ 3.00<br>  f.  Figural notepaper holder @ 6.00<br>  g.  (4) Assorted mugs @ 4.00<br>  h.  Carved black wood squirrel @ 1.00<br>  i.  Carved black wood panhandler @ 3.00<br>  j.  Gold ceramic tea set and tray, four<br>      piece, signed illegibly @ 25.00 | 50.00 | 25.00 |
| 120. | Decorative Art<br>  a.  (2) Baskets @ 11.00<br>  b.  Vase with silk hydrangeas @ 20.00<br>  c.  Marble checkerboard @ 16.00<br>  d.  Tall glass vase @ 10.00 | 57.00 | 29.00 |
| 121. | Miscellaneous<br>(2) Books | 5.00 | 3.00 |


ISA
INTERNATIONAL
SOCIETY *of* APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 29 of 37**

| Item # | Description | FM Value | OL Value |
|---|---|---|---|
| 122. | Wall Art - 30" X 36"<br>Mechanically generated print of five boys, basketball theme | 20.00 | 10.00 |
| 123. | Contents of Bathroom<br>a.  36" X 30" Print on canvas, interior scene @ 15.00<br>b.  15" X 36" Framed mechanically generated print of flowers @ 18.00<br>c.  Silk orchid in a pot @ 3.00 | 36.00 | 18.00 |
| | **TOTAL FOR TV ROOM:** | **$1,976.00** | **$1,256.00** |

*GUEST BEDROOM #1*

| Item # | Description | FM Value | OL Value |
|---|---|---|---|
| 124. | Bedding<br>Silvered metal queen size headboard and footboard | 150.00 | 105.00 |
| 125. | End Table<br>White painted wicker with a square wood top and lower shelf | 35.00 | 25.00 |
| 126. | End Table<br>White painted wood, oval top, lower shelf with caned sides | 45.00 | 32.00 |
| 127. | Table Lamps (2)<br>Black molded plastic, vase and scroll, with shades | 30.00 | 21.00 |
| 128. | Arm Chair<br>Louis XVI style, gold painted frame, black and white toile fabric | 150.00 | 105.00 |
| 129. | Chest of Drawers<br>Wood case painted red and black, wood grain top, four drawers; Lillian August | 300.00 | 210.00 |


ISA
INTERNATIONAL
SOCIETY *of* APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 30 of 37**

| Item # | Description | FM Value | OL Value |
|---|---|---|---|
| 130. | Electronics<br>42" Samsung flat screen television; model number not accessible due to mounting; LCD, 5 years old | 150.00 | 75.00 |
| 131. | Wall Art<br>a. 20" X 28" Framed print of a palm tree @ 24.00<br>b. Round mirror, black and gold frame @ 50.00<br>c. Framed print on canvas, bouquet of flowers @ 15.00<br>d. 24" X 24" Black and white mechanically generated print of Italian sculpture, signed A. Baker (Villa Vico, Pisa) @ 15.00 | 104.00 | 52.00 |
| 132. | Decorative Art<br>(2) Picture frames @ 6.00; vintage brass frame @ 16.00; basket @ 3.00; brass planter @ 10.00; black ceramic box @ 3.00 | 38.00 | 19.00 |
| 133. | Contents of Closet<br>a. Oversized wood chess set in a wooden case @ 50.00<br>b. (2) Wall mount wooden tables/consoles, #201; mahogany finish on wood; Maitland Smith @ 250.00 | 300.00 | 150.00 |
| | **TOTAL FOR GUEST BEDROOM #1:** | **$1,282.00** | **$ 794.00** |

*UPSTAIRS – HALL*

| Item # | Description | FM Value | OL Value |
|---|---|---|---|
| 134. | Miscellaneous<br>a. Towels and bath accessories @ 10.00/all<br>b. 20" X 16" Mechanically generated print of apples; framed @ 12.00<br>c. Green glass bath accessories @ 10.00 | 32.00 | 16.00 |


ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 31 of 37**

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| 135. | Contents of Bathroom<br>  a.  12" X 16" Print on canvas of bottled flowers @ 3.00<br>  b.  (2) Silk potted plants @ 10.00<br>  c.  Miscellaneous bath accessories @ 8.00<br>  d.  Framed photograph of a bird @ 6.00 | 27.00 | 14.00 |
| | **TOTAL FOR UPSTAIRS – HALL:** | **$59.00** | **$ 30.00** |

*GUEST BEDROOM #2*

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| 136. | Bedding<br>King size, dark wood headboard and footboard, half poster | 400.00 | 280.00 |
| 137. | Plant Stand<br>Maple with a cinnamon stain, four column legs | 20.00 | 10.00 |
| 138. | Side Table<br>Fruitwood, walnut stain, slide out top, one drawer; French Provincial style | 30.00 | 21.00 |
| 139. | Table Lamps (3)<br>  a.  (2) Boudoir, pressed glass with pleated shades @ 20.00<br>  b.  Pressed glass urn form with silver shade @ 12.00 | 32.00 | 16.00 |
| 140. | Side Chair<br>Wood painted beige, Louis XVI style, balloon back, plaid seat | 25.00 | 13.00 |
| 141. | Master Chest<br>Black and tan stone top over twelve drawers; Drexel | 600.00 | 420.00 |
| 142. | Console Cabinet<br>Demilune, French style made in Egypt, green stone top over veneered wood cabinet with gilt brass figural appliqués | 200.00 | 140.00 |



ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 32 of 37**

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| 143. | Wall Mirror – 24" X 30"<br>Black and gold rectangular frame | 40.00 | 20.00 |
| 144. | Wall Art – 30" X 36"<br>Print on canvas, figures with horses | 15.00 | 8.00 |
| 145. | Decorative Art<br>  a. Porcelain container with silk flowers; T.J. Maxx @ 10.00<br>  b. Jewelry box, French Provincial style @ 24.00<br>  c. Planter with silk tropical plant @ 3.00<br>  d. Brass tone planter with large silk bouquet @ 25.00 | 62.00 | 31.00 |
| 146. | Electronics<br>50" Sony flat screen television, wall mounted; model number inaccessible; LCD, 5 years old | 175.00 | 88.00 |
| 147. | Contents of Closet<br>Empty | 0.00 | 0.00 |
| | **TOTAL FOR GUEST BEDROOM #2:** | **$1,599.00** | **$1,047.00** |

*PATIO*

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| 148. | Furniture<br>  a. (4) Swivel chairs, Sunbrella fabric cushions, Woodard @ 160.00<br>  b. (3) Oval side tables, Woodard @ 60.00<br>  c. Ottoman @ 25.00<br>  d. (4) Stationary slingback chairs @ 60.00<br>  e. (2) Swivel chairs @ 60.00<br>  f. Oval dining table @ 100.00<br>  g. Rattan tea cart, fair condition @ 0.00<br>  h. Resin wicker suite, seven years old; includes: Sofa, (2) arm chairs, ottoman @ 250.00<br>  i. Coffee table, poor condition @ 0.00<br>  j. Dining table and (4) chairs, black resin | 945.00 | 662.00 |


ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

**MULTIPLE VALUE APPRAISAL**
**The Rensin Residence**
**March 28, 2015**
**Page 33 of 37**

| Item # | Description | FM Value | OL Value |
|--------|-------------|----------|----------|
| | wicker, Hampton Bay @ 200.00 | | |
| | k. Side table, assembled with a composition lion sculpture, granite top @ 30.00 | | |
| | **TOTAL FOR PATIO:** | **$ 945.00** | **$ 662.00** |
| | | | |
| | **GARAGE** | | |
| | | | |
| 149. | Miscellaneous | 210.00 | 147.00 |
| | a. (3) chrome shelves on castors @ 120.00 | | |
| | b. (3) metal shelves @ 90.00 | | |
| | **TOTAL FOR GARAGE:** | **$210.00** | **$ 147.00** |
| | | | |
| **GRAND TOTAL:** | | **$ 35,993.00** | **$ 22,260.00** |


ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

### MARIE WAYLAND, ISA AM

**Objective**
Ethically serve my community and clients by sharing knowledge and providing professional services.

**Summary of Qualifications**
Completed the required courses, specialty appraiser courses, and full time apprenticeship ahead of schedule; excellent researching skills; self taught in many areas of antiques and residential household contents; daily study of market trends and new subjects; enjoy helping Clients make educated decisions

**Education**
University of Maryland
- International Society of Appraisers:  Antiques/Residential Contents Specialty Course;  Fine Art Specialty Course; 2011 Clock Specialty Course / NAWCC – ISA
- Appraiser re-qualification completed 2005, 2010, 2015
- USPAP re-qualification: 2008, 2010, 2012, 2014
- American Society of Appraisers:  Expert Witness Testimony course
- Broward County School System: Valuing Antique and Collectible Clocks; Silver Identification
- Florida Atlantic University, Boca Raton:  Antiques and Collectibles; Period Furniture; Fine Art
- Fort Lauderdale seminar: Appraising Oriental Rugs
- 2006, 2007, 2010, 2013 Chapel Hill Antique Courses:  Ivory; Asian Porcelain and Pottery; Period Furniture; Clock and Barometers; Art Deco and Art Nouveau Silver; Delft Porcelains; Wood Identification; Period Furniture Wood Identification; British, Chinese, and Indian Silver; Pressed, Blown and Cut Glass, 1700-1930
- 2009: Asian Decorative Art Seminar; Appraising Coins and Stamps Webinar

Accredited Personal Property Appraiser – International Society of Appraisers (ISA); Completed the core and specialty courses for conducting the various types of appraisals within the required IRS law and ISA ethics

Primary contributing author of the Porcelain and Pottery text for the *Antiques and Residential Contents Course*, a text for International Society of Appraisers with University of Maryland

1991 to 1991 – Individual Courses Offered by Consulting Firms
Completed a series of business courses, including Train the Trainer, Keane Effective Project Management, Negotiation Skills, Team Building, Information Mapping, Business/Technical Writing

1986 to 1991  - Palm Beach State College
Completed numerous core and management classes pursuant to a degree in Business Administration

**Work Experience**
3/2001 – Present        Personal Property Appraiser and Estate Liquidator / Appraisals by the Sea Inc.
Conduct on site appraisals for banks, attorneys, corporations, CPAs and private parties; value personal property using current market trends and sources; prepare appraisal reports for estates, insurance, donations, bankruptcy, and divorce within specified timeframes; conduct estate sales


**ISA**
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

2011 – Art Appraiser for the TLC Channel show, Hoarders: Buried Alive, episode filmed in Florida

2008 – Present         Appraiser for Charitable Organization
Identify good quality and valuable items from a pool of weekly donations; research and price to prevent loss of income

9/2001 – 2008          Instructor, Broward County School System, Fort Lauderdale
Co-established the first Antiques and Collectibles Program for Broward County adult education; created user friendly course materials; currently teaching two of the four antique courses available to appraisers, antique dealers, interior designers, collectors: 1) Introductory Antiques and Collectibles 2) Porcelain and Pottery

**Prior Work Experience**
3/2000 – 4/2002        Personal Property Appraiser, DMAS, Inc., Pompano Beach
Completed one year apprenticeship; conducted on site appraisals for banks, attorneys, corporations, CPAs and private parties on a daily basis; valued personal property using current market trends and sources; prepared appraisal reports for estate tax, insurance, donations, bankruptcy, and divorce within specified timeframes; prepared and conducted estate sales; developed a client database, replacing paper and manual processes; reengineered process for completing reports, reducing report preparation time by 25%

2/2000 – 12/2002       Customer Care Representative - Bill Hood and Sons Auction Gallery, Delray
Organize and protect sold inventory; conduct phone bids; provide excellent customer service; educate new customers on the auction process; recommend process improvements; increase knowledge by analyzing final sales results

7/1999 – Present        Self Employed / Internet Sales
Conduct sales of antiques and collectibles on Internet auctions

8/1986 – 7/1999         National Council on Compensation Insurance
Held several analytical and management positions; received seven promotions; best known as the Data Organization's subject matter expert
- Communications Manager – created and released customer focused information to the workers compensation insurance industry; developed and conducted formal training seminars; evaluated state laws; improved customer relationships
- Project Manager – Managed million dollar projects to current and new data capture and editing systems; implemented system changes to improve data quality.  Efforts significantly decreased processing time and costs; developed and conducted formal training seminars. Training resulted in lower processing costs and error ratios.
- Project Manager, Geographic Expansion - Developed and implemented systems for collecting data from new state insurance departments, generating millions of dollars of new revenue; developed and conducted formal training programs for a variety of customers, levels, skill sets.

**Affiliations**
President of the Palm Beach / Fort Lauderdale ISA chapter, 2002, 2003, 2013 ; Vice President of the South Florida ISA chapter, 2001, 2011, 2012; Treasurer of the Palm Beach / Fort Lauderdale ISA chapter, 2004, 2005, 2009, 2010; Corresponding Secretary, South Florida chapter, 2008; Active member of the local ISA Florida chapter, 1999-Present


ISA
INTERNATIONAL
SOCIETY of APPRAISERS
Accredited Member

**Victor Franco**
**Franco Oriental Rug Gallery**
5799 North Federal Hwy.
Boca Raton, Florida 33487-4047
(561) 994-7409

**Objective:**
Inform and educate Oriental rug buyers, designers, collectors, and Appraisers on the quality, construction and value of antique, semi-antique, and new rugs.

**Work Experience:**
Franco Oriental Rug Gallery                                          2001 – Present
- Gallery expert, providing technical knowledge and recommendations to Designers, Auctioneers, consumers, and other rug businesses; ensure rugs are properly defined, dated, and restored
- Direct importer of wool and silk hand made rugs from India, Pakistan, China, Turkey, and Iran
- Purchaser of new, antique, and semi-antique rugs from wholesalers, auction houses, antique dealers, and private consumers
- Appraiser and Technical Expert, providing Appraisers with education and values, based on kind, quality, condition, and country of origin
- Technical Consultant, educating consumers on how to buy rugs based on location, quality, and condition
- Rug restorer, offering a variety of services, including re-weaving, Persian and Turkish knotting, and cleaning
- Expert Witness, giving testimony for insurance companies and Private Adjusters

Odabashian Oriental Rugs, Boca Raton, Florida                    1987 – 2001
- Sales Manager, responsible for educating and motivating the sales and cleaning staff
- Primary buyer of antique and semi-antique rugs
- Appraiser for retail replacement and fair market value for estate tax, divorces, equitable distribution
- Restorer, specializing on cleaning and repairing damaged rugs
- Sales Representative, sharing responsibility with the company President for exporting rugs to Mexico

**Education:**
- Twenty five years experience studying rug origins, construction, and quality; can easily identify, hands on or with photos, the detailed characteristics, condition, and age of a rug
- Odabashian Rugs – apprenticeship and daily training from senior company staff
- Self taught through intense study and continuing education; maintaining knowledge of the industry conditions via local sales, conventions, and networking with other experts throughout the state and country
- Daily review of many reference materials documented by worldwide experts
- Internet research for state of the market conditions


**ISA**
INTERNATIONAL
SOCIETY *of* APPRAISERS
Accredited Member

## Mr. Leslie Baker, Appraiser
### CAA, NEAA
#### 561-716-9373
#### lbakerappraisals.com

**Experience and Expertise:**
Over forty years of estate and private property appraisal experience in Canada and the United States; specializing in:
- Period Furniture, specializing in 18 and 19th Century English, American and Continental furniture
- Oriental Furniture, Fine Art, Decorative Art, and Rugs
- Ancient Oriental Works from Han to Ming Dynasty
- Bronzes
- 19th and 20th Century Fine Art with emphasis on Post Impressionist and the Paris School works
- Decorative Arts including Silver and Porcelain

**Education:**
- B.A. in Fine Arts / University of Toronto
- Post graduate work at the Royal Ontario Museum, Chinese Department

**Work Experience:**
- Appraiser and Oriental Specialist at the Robert Deveau Galleries, Toronto, 1972-1981
- Appraiser and Estate Specialist, Arthur James Gallery, Delray Beach, 1981-2007
- Auction Manager, Appraiser and Estate Specialist, Auction Gallery of the Palm Beaches, West Palm Beach, 2007-Present
- Appraiser for Trust Companies, Law Firms, and Banks, 1981-Present
- Affiliations
- Senior Appraiser, New England Appraisers Association; Canadian Appraiser's Association
- Only one of three Appraisers in Florida who is U.S. Customs Registered

**Additional Credits**
- Designing and teaching courses on, Collecting and Identifying Antiques and Recognizing Fakes, Copies and Forgeries, at the Florida Atlantic University Continuous Adult Education.
- Appearances as a guest appraiser for various charitable organizations including: The Palm Beach County Heart Association, The American Cancer Society and The Hut (a charity for abused children).

2/15/17 10:53AM

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Joseph K Rensin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **8965 Stone Pier Drive Boynton Beach, FL 33472  Palm Beach County, Lot 93, Equus AGR-PVD Phase 2, Plat Book 102.Current value based on assessed value; Debtor is not a real estate agent and therefore does not possess knowledge of this Property's market value**<br>Line from *Schedule A/B*: **1.1** | $758,633.00 | ■  $160,375.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** |
| **Checking: Regions Bank Branch Address:**<br>**289 N. Congress Ave. Boynton Beach FL 33426 Account No.: 0236825565**<br>Line from *Schedule A/B*: **17.2** | $79,014.00 | ■  $79,014.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No
        ☐  Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

2/15/17 10:53AM

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Joseph K Rensin** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1   Ed Primoff**
Creditor's Name

Describe the property that secures the claim:

| | Column A | Column B | Column C |
|---|---|---|---|
| | $35,000.00 | $22,260.00 | $12,740.00 |

> See attached Exhibit "1"; gross value provided as per professional personal property appraisal.
> UCC filing gave Mr. Primoff a lien on all of Debtor's personal property owned at any time.

**1401 Clydesdale Drive**
**Loxahatchee, FL 33470**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **4/15/2015**    Last 4 digits of account number _____

**2.2   Lexus Financial Services**
Creditor's Name

Describe the property that secures the claim:

| | Column A | Column B | Column C |
|---|---|---|---|
| | $45,089.93 | $30,788.00 | $14,301.93 |

> 2017 Lexus ES350 150 miles
> Location: 8965 Stone Pier Drive,
> Boynton Beach FL 33472
> VIN: 58ABK1GG5HU051871
> Financed through Lexus Financial
> Services
> PO BOX 105386
> Atlanta, GA 330348
> Estimated value of car based on
> Kelly Blue Book

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**P. O. Box 105386**
**Atlanta, GA 30348-5386**
Number, Street, City, State & Zip Code

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

2/15/17 10:53AM

Debtor 1    **Joseph K Rensin**                                                                    Case number (if know)
            First Name            Middle Name            Last Name

**Who owes the debt?** Check one.                    **Nature of lien.** Check all that apply.

☑ Debtor 1 only                                      ☑ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                                         car loan)
☐ Debtor 1 and Debtor 2 only                         ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another            ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a                   ☐ Other (including a right to offset) _____
   community debt

Date debt was incurred   **1/25/2017**                 Last 4 digits of account number   _____

Add the dollar value of your entries in Column A on this page. Write that number here:              **$80,089.93**
If this is the last page of your form, add the dollar value totals from all pages.                  **$80,089.93**
Write that number here:

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

2/15/17 10:53AM

**Fill in this information to identify your case:**

| Debtor 1 | **Joseph K Rensin** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F

### Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number | $0.00 | $0.00 | $0.00 |
| Priority Creditor's Name | | | | |
| **Centralized Insolvency** | When was the debt incurred? | | | |
| **Operations** | | | | |
| **P.O. Box 7346** | | | | |
| **Philadelphia, PA 19101-7346** | | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| Who incurred the debt? Check one. | ☐ Contingent | | | |
| ■ Debtor 1 only | ☐ Unliquidated | | | |
| ☐ Debtor 2 only | ☐ Disputed | | | |
| ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| ☐ Check if this claim is for a  community debt | ■ Taxes and certain other debts you owe the government | | | |
| Is the claim subject to offset? | ☐ Claims for death or personal injury while you were intoxicated | | | |
| ■ No | ☐ Other. Specify | | | |
| ☐ Yes | **No debt owed; listing IRS for notice purposes only** | | | |

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                    **Total claim**

2/15/17 10:53AM

Debtor 1   **Joseph K Rensin**                                              Case number *(if know)*

---

**4.1** | **Barclay's AA Advantage Mastercard** | Last 4 digits of account number | **3123** | **$13,693.00**

Nonpriority Creditor's Name
**P.O. Box 13337**
**Philadelphia, PA 19101**
Number Street City State Zip Code

When was the debt incurred?     **12/26/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

**4.2** | **Capital One Bank (USA) Mastercard** | Last 4 digits of account number | **1690** | **$660.00**

Nonpriority Creditor's Name
**P.O. Box 71083**
**Charlotte, NC 28272**
Number Street City State Zip Code

When was the debt incurred?     **12/17/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

**4.3** | **Chase** | Last 4 digits of account number | **0177** | **$2,428.00**

Nonpriority Creditor's Name
**P O Box 15153**
**Wilmington, DE 19886-5153**
Number Street City State Zip Code

When was the debt incurred?     **12/19/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

2/15/17 10:53AM

Debtor 1    **Joseph K Rensin**                                                Case number (if know)

| | | |
|---|---|---|

**4.4**    **Cherry Bekaert**                         Last 4 digits of account number                            **$8,625.00**
Nonpriority Creditor's Name
**P.O. Box 25549**                            When was the debt incurred?    **9/7/2016**
**Richmond, VA 23260**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a  community    ☐ Student loans
debt
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                             ■ Other. Specify   **Provision of professional accounting**
☐ Yes                                                           **services**

---

**4.5**    **Federal Trade Commission**              Last 4 digits of account number                        **$13,400,627.60**
Nonpriority Creditor's Name
**600 Pennsylvania Avenue, N.W.**             When was the debt incurred?    **4/19/2016**
**Washington, DC 20580**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a  community    ☐ Student loans
debt
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                             ■ Other. Specify   **Money judgment plus post-judgment**
☐ Yes                                                           **interest**

---

**4.6**    **Levitan & Associates**                  Last 4 digits of account number                            **$1,000.00**
Nonpriority Creditor's Name
**P.O. Box 16022**                            When was the debt incurred?    **10/23/2015**
**Fort Lauderdale, FL 33317**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a  community    ☐ Student loans
debt
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                                **Performance of cursory evaluation of**
                                                                **potential demand for new housing product**
                                                                **within upscale rental market in Downtown**
☐ Yes                                        ■ Other. Specify   **Ft. Lauderdale, FL.**

---

2/15/17 10:53AM

Debtor 1    **Joseph K Rensin**                                    Case number (if know)

| 4.7 | **Macy's** | Last 4 digits of account number | **7390** | **$859.00** |

Nonpriority Creditor's Name

**P.O. Box 78008**
**Phoenix, AZ 85062**

Number Street City State Zip Code

When was the debt incurred?    **12/23/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

| 4.8 | **Zuckerman Spaeder, LLP** | Last 4 digits of account number | | **$219,522.00** |

Nonpriority Creditor's Name

**100 E. Pratty Street**
**Ste. 2440**
**Baltimore, MD 21202**

Number Street City State Zip Code

When was the debt incurred?    **11/14/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Provision of legal services**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim | |
|---|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | | 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | | 0.00 |
| | | | | | Total Claim | |
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ | | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount | 6i. | $ | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

2/15/17 10:53AM

Debtor 1    **Joseph K Rensin**                              Case number (if know) _____

           here.                                                                    13,647,414.60

    6j.   **Total Nonpriority.** Add lines 6f through 6i.        6j.   $    13,647,414.60

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

2/15/17 10:53AM

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Joseph K Rensin** | |
| | First Name            Middle Name            Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name            Middle Name            Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known) | | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| 2.1  **Lexus Financial Services**<br>**P. O. Box 4102**<br>**Carol Stream, IL 60197-5855** | **2016 Lexus ES350**<br>**VIN: JTHBK1GG8G2221399**<br>**Monthly payment: $517**<br>**Maturity Date: 5/18/2019**<br>**Account No.: 04 0772 JV232** |

2/15/17 10:53AM

**Fill in this information to identify your case:**

| Debtor 1 | **Joseph K Rensin** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

Column 1: **Your codebtor**
Name, Number, Street, City, State and ZIP Code

Column 2: The creditor to whom you owe the debt
Check all schedules that apply:

3.1   **BlueHippo Capital, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**Federal Trade Commission**

3.2   **BlueHippo Funding, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**Federal Trade Commission**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Joseph K Rensin** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                        12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Debtor 1   **Joseph K Rensin**

Case number *(if known)*

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $    0.00 | $    N/A |

5.  **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $    0.00 | $    N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $    0.00 | $    N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $    0.00 | $    N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $    0.00 | $    N/A |
| 5e. | Insurance | 5e. | $    0.00 | $    N/A |
| 5f. | Domestic support obligations | 5f. | $    0.00 | $    N/A |
| 5g. | Union dues | 5g. | $    0.00 | $    N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $    0.00 + | $    N/A |

6.  Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.   $    0.00    $    N/A

7.  Calculate total monthly take-home pay.  Subtract line 6 from line 4.    7.   $    0.00    $    N/A

8.  List all other income regularly received:

8a.  Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.   $    0.00    $    N/A

8b.  Interest and dividends    8b.   $    0.00    $    N/A

8c.  Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.   $    0.00    $    N/A

8d.  Unemployment compensation    8d.   $    0.00    $    N/A

8e.  Social Security    8e.   $    0.00    $    N/A

8f.  Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:    8f.   $    0.00    $    N/A

8g.  Pension or retirement income    8g.   $    0.00    $    N/A

8h.  Other monthly income. Specify:  **Exempt proceeds from annuity contract**    8h.+   $    15,000.00 +   $    N/A

9.  Add all other income.  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.   $    15,000.00    $    N/A

10.  Calculate monthly income.  Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.   $    15,000.00 +   $    N/A   =   $    15,000.00

11.  State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11.   +$    0.00

12.  Add the amount in the last column of line 10 to the amount in line 11.  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.   $    15,000.00

Combined monthly income

13.  Do you expect an increase or decrease within the year after you file this form?

☑   No.

☐   Yes. Explain:   Debtor is the beneficiary of an irrevocable discretionary foreign situs trust that holds annuity contracts, the proceeds of which are exempt under Section 222.14, Florida Statutes. The trustee, in his discretion, may at any time elect to withhold all or a portion of the $15,000 monthly disbursement.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Joseph K Rensin** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

**1.   Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

**2.   Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3.   Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 1,166.83 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 75.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 1,675.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 400.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Debtor 1    **Joseph K Rensin**                                      Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 485.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 49.97 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 295.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 1,400.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 100.00 |
| 10. | **Personal care products and services** | 10. | $ | 29.10 |
| 11. | **Medical and dental expenses** | 11. | $ | 3,900.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 150.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 150.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 1,060.00 |
| | 15c. Vehicle insurance | 15c. | $ | 250.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 665.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: **Pet Care (board, insurance, food and supplies, grooming, vet** | 21. | +$ | 1,000.00 |
| | **Interest Expenses** | | +$ | 100.00 |
| | **Legal Fees (postage & FedEx)** | | +$ | 50.00 |
| | **Clothing** | | +$ | 100.00 |
| | **Electronics** | | +$ | 100.00 |
| | **Software Purchases** | | +$ | 200.00 |
| | **Education (books, supplies, online courses)** | | +$ | 300.00 |
| | **Financial services (accountant)** | | +$ | 400.00 |
| | **Fees & Charges (ATM, Bank, Late Fee, Service Fee)** | | +$ | 110.00 |
| | **Books** | | +$ | 35.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 14,845.90 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 14,845.90 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $ | 15,000.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 14,845.90 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | $ | 154.10 |

Debtor 1    **Joseph K Rensin**                                    Case number (if known)

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**
     For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: **Substantial expenses are derived from the ownership and maintenance of my home, which expenses will cease to exist upon the liquidation of the same. Additionally, the monthly payment of $517.70 to lease my 2016 red Lexus ES350 will terminate upon surrending the car to Lexus.**

2/14/17 3:21PM

| Fill in this information to identify your case: |
|---|

| Debtor 1 | Joseph K Rensin | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____     Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____     X _____
Joseph K Rensin                                              Signature of Debtor 2
Signature of Debtor 1

Date    2/15/17                                              Date _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Joseph K Rensin** | |
| | First Name        Middle Name        Last Name | |
| Debtor 2 (Spouse if, filing) | First Name        Middle Name        Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

☐   Married
■   Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

☐   No
■   Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 11625 Quarterfield Rd Ellicott City, MD 21042 | From-To: 4/25/2014 – 9/23/2014 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| 8612 Riverglade Run Laurel, MD 20723 | From-To: 2/26/2010 – 4/24/2014 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■   No
☐   Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

2/15/17 2:02PM

Debtor 1    **Joseph K Rensin**                                    Case number (*if known*)

---

| Part 2 | **Explain the Sources of Your Income** |

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | Exempt Annuity Proceeds | $15,000.00 | | |
| For last calendar year: (January 1 to December 31, 2016 ) | Exempt Annuity Proceeds | $180,000.00 | | |
| | Interest on IRA | $4,933.00 | | |
| For the calendar year before that: (January 1 to December 31, 2015 ) | Exempt Annuity Proceeds | $15,000.00 | | |
| | Interest | $15,860.00 | | |
| | Dividends | $6,765.00 | | |

---

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
■ No.    Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
☐ No.    Go to line 7.
■ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

2/15/17 2:02PM

Debtor 1    **Joseph K Rensin**                                    Case number *(if known)*

---

☐    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Barclays Bank Delaware**<br>P.o. Box 8801<br>Wilmington, DE 19899 | 11/21/2016<br>11/30/2016<br>1/3/2017 | **$26,927.33** | **$13,155.48** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Ehrenstein Charbonneau Calderin**<br>501 Brickell Key Dr<br>Ste. 300<br>Miami, FL 33131 | 1/20/2017 | **$6,500.00** | **Unknown** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_**Provision of legal services**_ |
| **Northwestern Mutual Life Insurance Co.**<br>720 E. Wisconsin Ave<br>Milwaukee, WI 53202 | 12/15/2016 | **$6,981.16** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>■ Suppliers or vendors<br>■ Other **Life insurance** |
| **Zuckerman Spaeder, LLP**<br>100 E. Pratty Street<br>Ste. 2440<br>Baltimore, MD 21202 | 12/11/2016 | **$15,000.00** | **$219,521.87** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_**Provision of legal services**_ |
| **Palm Beach Tax Collector**<br>P.O. Box 3715<br>West Palm Beach, FL 33402 | 11/16/2016 | **$13,441.36** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Property taxes** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

2/15/17 2:02PM

Debtor 1   **Joseph K Rensin**                                     Case number *(if known)*

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
   |---|---|---|---|---|

### Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

   | Case title Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Federal Trade Commission v. BlueHippo Funding, LLC, BlueHippo Capital, LLC, and Joseph K Rensin 1:08-cv-01819-PAC | Action against Debtor seeking restitution for customers of his corporate employer | Southern District of New York 500 Pearl Street New York, NY 10007 | ☐ Pending ■ On appeal ☐ Concluded<br><br>On appeal to U.S. Second Circuit Court of Appeal |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

2/15/17  2:02PM

Debtor 1   **Joseph K Rensin**                                           Case number (*if known*)

---

| Part 5: | **List Certain Gifts and Contributions** |

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   ☐ No
   ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |
| **Michael & Megan Strutz**<br>**3503 Kingsley Court**<br>**Apartment L**<br>**Pasadena, MD 21122** | **Wedding gift** | **12/17/2016** | **$1,000.00** |
| Person's relationship to you: **Friends** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>**Charity's Name**<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | **List Certain Losses** |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | **List Certain Payments or Transfers** |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, If Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Ehrenstein Charbonneau Calderin**<br>**501 Brickell Key Drive**<br>**Ste. 300**<br>**Miami, FL 33131**<br>**http://www.ecclegal.com/** | **Bankruptcy advice.** | | **$6,500.00** |
| **Gordon & Rees Scully Mansukhani**<br>**100 S.E. Second Street**<br>**Suite 3900**<br>**Miami, FL 33131**<br>**www.gordonrees.com** | **Bankruptcy advisement/counceling and preparation of this Petition.** | **2/13/2017** | **$10,000.00** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

2/15/17 2:02PM

Debtor 1    **Joseph K Rensin**                                           Case number *(if known)*

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
   ☐ No
   ■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Lynn Ikle<br><br>Arm's-length | Outdoor patio furniture from previous Maryland home | $800 | 1/8/2016 |
| Convergent Works<br>4512 Kesting Ct.<br>Ellicott City, MD 21043<br><br>Arm's-length | Internet domain names worth approximately $1,000.00 | $15,000 | 4/25/2016 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
   ■ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| **Part 8:** | **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
   ☐ No
   ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Wells Fargo Bank<br>P.O. Box 6995<br>Portland, OR 97228-6995 | XXXX-3288 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 4/22/2016 | $300.24 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

2/15/17  2:02PM

Debtor 1    **Joseph K Rensin**                                                    Case number (*if known*)

21.  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

   | Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
   |---|---|---|---|

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

   | Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access<br>to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
   |---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ **No**
   ☐ **Yes.  Fill in the details.**

   | Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP<br>Code) | Describe the property | Value |
   |---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

   | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and<br>ZIP Code) | Environmental law, if you<br>know it | Date of notice |
   |---|---|---|---|

25.  **Have you notified any governmental unit of any release of hazardous material?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

   | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and<br>ZIP Code) | Environmental law, if you<br>know it | Date of notice |
   |---|---|---|---|

2/15/17 2:02PM

Debtor 1   **Joseph K Rensin**                                    Case number *(if known)*

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■  **No**
   □  **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   □ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   □ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   □ A partner in a partnership

   □ An officer, director, or managing executive of a corporation

   □ An owner of at least 5% of the voting or equity securities of a corporation

   □  No. None of the above applies.  Go to Part 12.

   ■  Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN. | |
|---|---|---|---|
| | | Dates business existed | |
| **AGX Funds, LLC**<br>**Delaware** | **Video software developer** | EIN: | **27-1995271** |
| | Berman Goldman & Ribakow, LLP<br>Stan Holzman, CPA | From-To | 2/26/2010 - 9/30/2014 |
| **BlueHippo Funding Checks, LLC**<br>**Florida** | **Depositing of checks received**<br>**from affiliated entity** | EIN: | **47-5399114** |
| | | From-To | 10/23/2015 - present |
| **AGX Brands, LLC**<br>**Maryland** | **Contract entity** | EIN: | **46-4235779** |
| | | From-To | 12/4/2013 - 9/30/2014 |
| **AGX Network, LLC**<br>**Delaware** | **Contract entity** | EIN: | **46-2150684** |
| | | From-To | 2/28/2013 - 9/30/2014 |
| **CamFly, LLC**<br>**Delaware** | **Compression software**<br>**development** | EIN: | **45-3572213** |
| | | From-To | 10/11/11 - 12/31/13 |
| **CamFly Group, LLC**<br>**Delaware** | **Contract entity** | EIN: | **None** |
| | | From-To | 4/25/2011 - 12/31/2013 |
| **Alamo Cash, LLC**<br>**Delaware** | **Contract entity** | EIN: | **46-1224107** |
| | | From-To | 10/19/2012 - 12/31/2013 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

2/15/17 2:02PM

Debtor 1    **Joseph K Rensin**                                               Case number *(if known)*

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    ■ No
    ☐ Yes. Fill in the details below.

    **Name**                              **Date Issued**
    **Address**
    **(Number, Street, City, State and ZIP Code)**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Joseph K Rensin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy        4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

Joseph K Rensin
Signature of Debtor 1

Signature of Debtor 2

Date    2/15/17

Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joseph K Rensin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | SOUTHERN DISTRICT OF FLORIDA | |

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors,
whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list
on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must
sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the
information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ed Primoff**<br><br>Description of property securing debt: **See attached Exhibit "1"; gross value provided as per professional personal property appraisal.**<br>**UCC filing gave Mr. Primoff a lien on all of Debtor's personal property owned at any time.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Lexus Financial Services**<br><br>Description of property: **2017 Lexus ES350 150 miles**<br>**Location: 8965 Stone Pier Drive, Boynton Beach FL 33472**<br>**VIN: 58ABK1GG5HU051871**<br>**Financed through Lexus Financial Services**<br>**PO BOX 105386**<br>**Atlanta, GA 330348** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Joseph K Rensin**                                            Case number *(if known)*

| property securing debt: | **Estimated value of car based on Kelly Blue Book** | ☐ Retain the property and [explain]: |
|---|---|---|

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Lessor's name:         **Lexus Financial Services**

■ No

☐ Yes

Description of leased Property:
**2016 Lexus ES350**
**VIN: JTHBK1GG8G2221399**
**Monthly payment: $517**
**Maturity Date: 5/18/2019**
**Account No.: 04 0772 JV232**

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____          X _____
**Joseph K Rensin**                                          Signature of Debtor 2
Signature of Debtor 1

Date _____                              Date _____

2/14/17 3:21PM

Fill in this information to identify your case::

| Debtor 1 | Joseph K Rensin | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7

12/15

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____

Joseph K Rensin
Signature of Debtor 1

Date    2/15/17

X _____
Signature of Debtor 2

Date _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Debtor 1**  Joseph K Rensin

**Debtor 2**
(Spouse, if filing)

**United States Bankruptcy Court for the:** Southern District of Florida

**Case number**
(if known)

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:      Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

|  | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ | Copy here -> $ _____ | $ _____ |

6. **Net income from rental and other real property**

|  | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ | Copy here -> $ _____ | $ _____ |

| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|

2/15/17 10:53AM

Debtor 1    **Joseph K Rensin**                                    Case number (*if known*)

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8.  **Unemployment compensation** | $ | $ |

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you ............................................................... $ _____

For your spouse .............................................. $ _____

9.  **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act.

| | $ | $ |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism. If necessary, list other sources on a separate page and put the
total below.

| | | | |
|---|---|---|---|
| ._____ | $ | | $ |
| _____ | $ | | $ |
| Total amounts from separate pages, if any. | + $ | | $ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.

| $ _____ | + | $ _____ | = | $ _____ |
|---|---|---|---|---|

**Total current monthly
income**

**Part 2:**    **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ...................................    Copy line 11 here=>    $ _____

Multiply by 12 (the number of months in a year)                                              x 12

12b. The result is your annual income for this part of the form                     12b.   $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [_____]

Fill in the number of people in your household.    [_____]

Fill in the median family income for your state and size of household.                      13.   $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.   ☐   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b.   ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____

**Joseph K Rensin**
Signature of Debtor 1

Date _____
MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1     **Joseph K Rensin**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern District of Florida

Case number
(if known)

Check one box only as directed in this form and in Form 122A-1 Supp:

☑ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income

12/15

| Part 3: | Sign Below |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____

Joseph K Rensin
Signature of Debtor 1

Date    2/15/17
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Joseph K Rensin** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)  12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.  Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.  Go to line 3.

       ☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.  Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.  Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes.  Check any one of the following categories that applies:

           ☐ I was called to active duty after September 11, 2001, for at least 90 days and remain on active duty.

           ☐ I was called to active duty after September 11, 2001, for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

           ☐ I am performing a homeland defense activity for at least 90 days.

           ☐ I performed a homeland defense activity for at least 90 days, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.